UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TAD TAYLOR,<br>Plaintiff,<br><br>v.<br><br>RICHARD SACKLER, CEO PURDUE, et al.,<br>Defendants. | Civil Action No.<br>22-10226-NMG |

**ORDER**

**GORTON, J.**

Tad Taylor ("Taylor"), a federal inmate confined to FCI Seagoville in Texas, initiated this action by filing a <u>pro se</u> complaint without payment of the filing fee. See Docket No. 1.

On May 18, 2022, the Court ordered that Taylor (1) either pay the $402 filing fee or file a motion for leave to proceed <u>in forma pauperis</u> accompanied by a copy of his prison account statement; and (2) show cause why the complaint should not be dismissed for improper venue and lack of personal jurisdiction over the defendants. See Docket No. 3.  In the Memorandum and Order, the Court explained that the filing fee consists of a $350 statutory fee and a $52 administrative fee, the latter not applying to a party permitted to proceed <u>in forma pauperis</u>. <u>Id.</u> The Court gave Taylor 42 days to comply with the Memorandum and Order. <u>Id.</u>

On May 31, 2022, Taylor filed a motion to have this case transferred to the Western District of Texas "with Additional Request for Forma Pauperis and Payment in Full Transfer . . . ." See Docket No. 4. As to the filing fee, Taylor asked that the case be transferred with the filing fee payment he had arranged to be paid because he was unable to void such payment. Id.

On June 3, 2022, the Court denied Taylor's motion for transfer and this action was dismissed without prejudice for improper venue and lack of personal jurisdiction. See Docket No. 6. At that time, there was no record of any filing fee payment for this action. See Docket.

The Court records indicate that this is one of four lawsuits filed by Taylor in the District of Massachusetts. See Taylor v Shire Pharma., 21-11576-PBS (closed); Taylor v Shire Pharm., 22-10430-ADB (pending); and Taylor v Abbott Pharm., 22-40047-DHH (pending). On July 11, 2022, Taylor filed a letter in C.A. No. 22-10430-ADB seeking refund of a $350 payment. See Docket No. 8, Taylor v Shire Pharm., 22-10430-ADB. By Electronic Order dated July 22, 2022, Taylor was advised that any refund request must be filed in C.A. No. 22-10226-NMG despite the fact that Taylor's letter refers to C.A. No. 22-10430-ADB. Id. at Docket No. 10, 07/22/2022 Electronic Order. The Court finds that Taylor is entitled to reimbursement of the $350 payment.

Accordingly, because no filing fee was assessed for this action, which is now closed, it is hereby Ordered that the Clerk return to Taylor the $350 payment received by the Court.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: August 2, 2022